UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

HORACE CHAVIS
           Petitioner
   v.                                         **Judgment in a Civil Case**
TRACY JOHNS
           Respondent                Case Number: 5:10-HC-2202-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on February 16, 2011, with service on:
Horace Chavis  11627-056, LSCI - Butner, P.O. Box 999, Butner, NC  27509 (via U.S. Mail)

February 16, 2011                                  /s/ Dennis P. Iavarone
                                                         Clerk